Circuit Court for Queen Anne's County
Case No. C-17-CR-17-000290
Argued: November 5, 2020

IN THE COURT OF APPEALS

OF MARYLAND

No. 13

September Term, 2020

STATE OF MARYLAND

v.

NATHAN JOSEPH JOHNSON

Barbera, C.J.
McDonald
Watts
Hotten
Getty
Booth
Biran,

JJ.

PER CURIAM ORDER

Filed: November 20, 2020

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document
is authentic.



Suzanne C. Johnson, Clerk

| STATE OF MARYLAND | * | IN THE |
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| | * | No. 13 |
| NATHAN JOSEPH JOHNSON | * | September Term, 2020 |

## PER CURIAM ORDER

**WHEREAS**, the petition for writ of certiorari in the above-entitled case having been granted and argued, and

**WHEREAS**, following argument, the Court having issued an Order on November 10, 2020, remanding the case to the Court of Special Appeals of Maryland, without affirming or reversing, for a clarification of the basis of that Court's April 14, 2020 decision in denying Respondent's motion for reconsideration in Case No. CSA-REG-0109-2018, and

**WHEREAS**, on November 18, 2020, the Court of Special Appeals issued an Opinion clarifying the basis for its decision declining to exercise its discretion to remand this case for resentencing and, as a result, denying the State of Maryland's motion to reconsider, and

**WHEREAS**, upon consideration of the Court of Special Appeals' Opinion, it appears that the writ of certiorari was improvidently granted, it is therefore this 20th day of <u>November</u>, 2020,

**ORDERED,** by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.


/s/ Mary Ellen Barbera
Chief Judge